# United States Court of Appeals
## For the First Circuit

No. 25-1017

UNITED STATES,

Appellee,

v.

ALEXIS D. NEGRÓN-CRUZ,

Defendant - Appellant.

**ORDER OF COURT**

Entered: June 16, 2025
Pursuant to 1st Cir. R. 27.0(d)

    Appellant Alexis D. Negrón-Cruz's motion for an extension of time to file a brief and appendix is granted. Appellant's opening brief and appendix are due on or before **July 16, 2025**. We are disinclined to grant further requests for enlargement of this deadline, and the Clerk's Office expects that future motions will be timely filed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Max J. Pérez-Bouret, Thomas F. Klumper, José A. Ruiz-Santiago, Scott H. Anderson, Jenifer Yois Hernández-Vega, Mariana E. Bauzá Almonte, Alexander Louis Alum, Héctor E. Guzmán-Silva, Víctor P. Miranda-Corrada, Rachel Brill, Joannie Plaza-Martinez, Víctor J. González-Bothwell, Vivianne Marie Marrero-Torres, Alejandra Ysabel Bird-López, John Joseph Connors, Andrew S. McCutcheon, Franco L. Pérez-Redondo, Joseph Niskar, Kevin Lerman, Joanna E. LeRoy