# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:11−cr−00229−FAB−1

Case title: USA v. Negron−Cruz

Related Case: 3:16−cv−01948−FAB
Magistrate judge case number: 3:11−mj−00641−BJM

Date Filed: 06/15/2011

Date Terminated: 12/04/2013

Assigned to: Judge Francisco A. Besosa

Appeals court case numbers:
14−1044, 21−1077, 22−1115, 23−1976, 24−1152, 24−1153, 25−1017

**Defendant (1)**

| | | |
|---|---|---|
| **Alexis D. Negron−Cruz**<br>*TERMINATED: 12/04/2013* | represented by | **Federal Public Defender Office**<br>241 Franklin D Roosevelt<br>3rd Floor<br>San Juan, PR 00918<br>787−281−4922<br>Fax: 787−281−4899<br>Email: prx_notifications@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender*<br><br>**Andrew S. McCutcheon**<br>Federal Public Defender's Office<br>Patio Gallery Building<br>241 Franklin D. Roosevelt Ave.<br>Hato Rey, PR 00918−2441<br>787−281−4922<br>Fax: 787−281−4899<br>Email: Andrew_McCutcheon@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender*<br><br>**Emilio F. Morris−Rosa**<br>Emilio F. Morris−Rosa, ESQ.<br>PO Box 5129 |

Carolina, PR 00984–5129
787–632–6381
Email: emiliofmorris@gmail.com
*TERMINATED: 05/18/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Joseph A. Niskar**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918–2441
787–281–4922
Fax: 787–281–4899
Email: joseph_niskar@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Kendys Pimentel–Soto**
Kendys Pimentel
PO Box 270184
San Juan, PR 00927–0184
787–370–0091
Email: kendyspimentel@yahoo.com
*TERMINATED: 02/09/2022*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Kevin E. Lerman**
Federal Public Defender's Office
Patio Gallery Building
241 Franklin D. Roosevelt Ave.
Hato Rey, PR 00918–2441
787–281–4922
Fax: 787–281–4899
Email: kevin_lerman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Federal Public Defender*

**Rafael Anglada–Lopez**
Rafael Anglada Lopez Law Office
PO Box 194886
San Juan, PR 00919
787–525–1981
Fax: 787–765–8679
Email: angladalr@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Appellate Counsel*

| Pending Counts | Disposition |
|---|---|
| 18:2252(a)(4)(B) – SEXUAL EXPLOITATION OF MINORS (5s) | IMPR.: One Hundred Twenty (120) months; SRT: Twenty−Five (25) years; No fine imposed; SMA: $100.00. Revocation 2/7/2022. Impr of time served. SRT of 300 months. JUDGMENT ON REVOCATION: IMPR: Time Served; SRT: Two−hundred and seventy (270) months, under the same conditions previously imposed on him, except that the condition of drug testing is eliminated. SECOND JUDGMENT ON REVOCATION: IMPR: Twenty−four (24) months; SRT: Two−hundred and sixty−eight (268) months under the standard and special conditions previously imposed on him but without the drug testing condition. |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:2422(b) −COERCION OR ENTICEMENT OF FEMALE (1) | Dismissed |
| 18:2422(b) – COERCION OR ENTICEMENT OF FEMALE (1s−2s) | Dismissed |
| 18:2422(a)(4)(B) −COERCION OR ENTICEMENT OF FEMALE (2) | Dismissed |
| 18:1470 – TRANSFER OF OBSCENE MATERIALS TO MINORS (3s−4s) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| 18:2422(b).F – Coercion or enticement of female | |

**Interested Party**

**US Probation Office**

---

**Interested Party**

**US Probation Office**

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jenifer Yois Hernandez–Vega** |

United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–282–1802
Fax: 787–766–5398
Email: jenifer.hernandez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

**Normary Figueroa–Rijo – INACTIVE**
United States Attorneys Office
District of Puerto Rico
Torre Chardon Suite 1201
350 Chardon Ave
San Juan, PR 00918
787–766–5656
Email: USAPR.InactiveAUSA@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph L. Russell**
DOJ–USAO
Torre Chardon
350 Carlos Chardon Street
Suite 1201
San Juan, PR 00918
787–766–5656
Email: joseph.russell2@usdoj.gov
*TERMINATED: 01/18/2024*
*ATTORNEY TO BE NOTICED*
*Designation: AUSA Designation*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2025 | 578 | MOTION Requesting Documents re 573 , 576 by Alexis D. Negron–Cruz (1), Pro Se in the Spanish language. Responses due by 6/27/2025. NOTE: Pursuant to FRCP 6(a) |

| | | |
|---|---|---|
| | | an additional three days does not apply to service done electronically. (Attachments: # 1 Envelope)(ab) (Entered: 06/16/2025) |
| 06/16/2025 | 579 | ORDER re 578 Motion Requesting Order as to Alexis D. Negron–Cruz (1). Referred to the Court of Appeals, to which defendant's petition was referred. See Order at Docket No. 577. Signed by Senior Judge Francisco A. Besosa on 06/16/2025. (brc) (Entered: 06/16/2025) |
| 06/27/2025 | 580 | Transmitted Supplemental Record on Appeal as to Alexis D. Negron–Cruz (1) re 557 Notice of Appeal – Final Judgment [Docket Entries 578 & 579] (idg) (Entered: 06/27/2025) |

I

Sabado 7/Junio/2025

Alexis Negrón Cruz
Caso: 11-229 (FAB)

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2025 JUN 13 AM 9:11

Mocion Para informar y Pedir copias.

Por este medio me dirijo al office clerk con el siguiente pedido.

1-) El 17 de marzo de 2025 yo el Sr. Negrón advine en conocimiento que la corte recibió un documento relacionado a una queja contra el Executive Office del Primer Circuito de apelaciones.

2-) Este documento es el #576.

3-) Han pasado más de 60 días y no he recibido ninguna contestación por parte de esta corte o la corte de apelaciones, negando o aceptando mi petición.

4-) Por tal razón le pido al Office clerk que me envie copia de todos los documentos que estan en el #576. Muy encarecidamente.

5-) La razón de este pedido es para tener evidencia de que estos documentos fueron ponchados e ingresados en el docket con su numeración.

6-) También le pido copia de todos los documentos entrados en el #573.

7-) Gracias por su atención y servicio.

6

II

Firma: Alexis Negrón

Alexis Negrón Cruz
36586-069
Metropolitan Detention Center
P.O. Box 2005
Cataño, P.R. 00963

Alexis Negron
36586-069 Unit 1-C
Metropolitan Detention Center
P.O. Box 2005
Cataño, P.R. 00963

(Legal Mail)

Clerks Office
United States District Court
Room 150 FEDERAL BLDG
San Juan P.R. 00918-1767

(Legal Mail)

7/Junio/2025

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Jenifer Yois Hernandez-Vega (arlene.rosado@usdoj.gov,
caseview.ecf@usdoj.gov, jenifer.hernandez@usdoj.gov), Andrew S. McCutcheon
(andrew_mccutcheon@fd.org, karleen_martinez@fd.org), Joseph L. Russell
(caseview.ecf@usdoj.gov), Joseph A. Niskar (joseph_niskar@fd.org, karleen_martinez@fd.org,
sulay_rios@fd.org, vivianne_marrero@fd.org), Normary Figueroa-Rijo - INACTIVE
(usapr.inactiveausa@usdoj.gov), Kevin E. Lerman (karen_frame@fd.org, kevin_lerman@fd.org),
Rafael Anglada-Lopez (angladalr@yahoo.com), Federal Public Defender Office
(elizabeth_molina@fd.org, prx_notifications@fd.org, rafael_rivera@fd.org), Senior Judge
Francisco A. Besosa (prd_fab@prd.uscourts.gov)
--Non Case Participants: Jane Willoughby (jane_willoughby@ca1.uscourts.gov)
--No Notice Sent:

Message-Id:8822979@prd.uscourts.gov
Subject:Activity in Case 3:11-cr-00229-FAB USA v. Negron-Cruz Order
Content-Type: text/html
```

# United States District Court

## District of Puerto Rico

**Notice of Electronic Filing**

The following transaction was entered on 6/16/2025 at 2:07 PM AST and filed on 6/16/2025

| | |
|---|---|
| **Case Name:** | USA v. Negron−Cruz |
| **Case Number:** | 3:11−cr−00229−FAB |
| **Filer:** | |
| **Document Number:** | 579(No document attached) |

**Docket Text:**
 **ORDER re [578] Motion Requesting Order as to Alexis D. Negron−Cruz (1). Referred to the Court of Appeals, to which defendant's petition was referred. See Order at Docket No. 577. Signed by Senior Judge Francisco A. Besosa on 06/16/2025. (brc)**


**3:11−cr−00229−FAB−1 Notice has been electronically mailed to:**

Rafael Anglada−Lopez     angladalr@yahoo.com

Jenifer Yois Hernandez−Vega     jenifer.hernandez@usdoj.gov, CaseView.ECF@usdoj.gov, arlene.rosado@usdoj.gov

Normary Figueroa−Rijo − INACTIVE     USAPR.InactiveAUSA@usdoj.gov

Andrew S. McCutcheon     Andrew_McCutcheon@fd.org, karleen_martinez@fd.org

Joseph A. Niskar     joseph_niskar@fd.org, karleen_martinez@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org

Kevin E. Lerman     kevin_lerman@fd.org, karen_frame@fd.org

Federal Public Defender Office    prx_notifications@fd.org, elizabeth_molina@fd.org, rafael_rivera@fd.org

**3:11−cr−00229−FAB−1 Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

Transmittal of Abbreviated Supplemental Record to the Court of Appeals

**DATE:** June 27, 2025

**DC #:** 11-229 (FAB)

**USCA #:** 25-1017

**CASE CAPTION:** USA v. Negrón-Crúz (1)

**SPECIAL COMMENTS:** Electronically filed documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**

**Docket Entry 578 & 579**

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described above and constitute the record on appeal in the case.

ADA I. GARCIA-RIVERA, ESQ.
Clerk of the Court

S/ Idnar Díaz
Idnar Díaz
Deputy Clerk

s/c: CM/ECF Parties, Appeals Clerk